**93-2119.** State v. Gordon. *Franklin County,* No. 89AP–279. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.

**93-2212.** State v. Harris. *Montgomery County,* No. 13037. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.

**93-2251.** Downs v. Celrivera. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93-2278.** State v. McFarland. *Muskingum County,* No. CA–9207. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.

**93-2301.** State v. Cheren. *Summit County,* No. 15752. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.

**93-2334.** State ex rel. Harding v. Krueger. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93-2338.** State v. Robinson. *Lucas County,* No. L–91–195. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.

**93-2414.** State v. Appleman. *Muskingum County,* No. CA–928. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.

**93-2426.** State ex rel. Franks v. Ohio Adult Parole Authority. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93-2463.** State v. Anderson. *Hamilton County,* No. C–920842. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93-2485.** State ex rel. Slone v. Clerk of Courts for the Morrow Cty. Court of Common Pleas. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.

**93-2487.** State ex rel. Kobi v. Kutzli. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.

**93-2488.** State v. Davis. *Summit County,* No. 15564. Judgment affirmed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
A.W. SWEENEY, J., dissents.
WRIGHT, J., not participating.